```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                           Case No. 15-16306-amc
Maria C Kieffer                                                  Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett           Page 1 of 2           Date Rcvd: Dec 21, 2016
                            Form ID: pdf900          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db             +Maria C Kieffer,    5444 Erdrick Street,    Philadelphia, PA 19124-1407
13589549       +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
                 Philadelphia, PA 19107-3117
13610852       +Little Johnnys Auto World, Inc.,    3600 Kensington Avenue,    Philadelphia, PA 19134-1514
13626461        Navient Solutions, Inc.,    P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13652684        Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13607530       +Navient Solutions, Inc. on behalf of NJHESAA,    P.O. Box 548,   Trenton, NJ 08625-0548
13589560       +Navy Federal Cr Union,    Po Box 3700,   Merrifield, VA 22119-3700
13589564        Phila Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
13589567       +Profess Acct,    633 W Wisconsin Av,   Milwaukee, WI 53203-1918
13589568      #+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
13589569       +Stevens Business Servi,    92 Bolt St # 1,   Lowell, MA 01852-5316
13627450       +U.S. Bank National Association, ET AL,    c/o PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1406
13589571       +Xerox Soluti,   Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2016 02:09:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2016 02:09:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13600038        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2016 02:22:32
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
13679598        E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:21      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13589548       +E-mail/Text: bankruptcy@cavps.com Dec 22 2016 02:09:14      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
13611120       +E-mail/Text: bankruptcy@cavps.com Dec 22 2016 02:09:14      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13589550       +E-mail/Text: equiles@philapark.org Dec 22 2016 02:09:33      City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,   Philadelphia, PA 19101-1818
13589551       +E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:21      City of Philadelphia, Law Department,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102-1601
13589552       +E-mail/Text: bankruptcy@consumerportfolio.com Dec 22 2016 02:09:12      Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
13589553       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 22 2016 02:09:33      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13589555       +E-mail/PDF: pa_dc_ed@navient.com Dec 22 2016 02:02:38      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13589556       +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2016 02:02:54      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13589557       +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2016 02:03:09      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13589561       +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 22 2016 02:09:34      Navy Federal Cr Union,
                 820 Follin Ln Se,    Vienna, VA 22180-4907
13620432        E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 22 2016 02:09:34      Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
13589563       +E-mail/Text: blegal@phfa.org Dec 22 2016 02:09:10     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13596724       +E-mail/Text: equiles@philapark.org Dec 22 2016 02:09:33      Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13589566       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 02:24:29
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13589570       +E-mail/Text: bankruptcy@td.com Dec 22 2016 02:09:11     TD Bank, NA,    PO Box 9547,
                 Portland, ME 04112-9547
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13589554*      +Credit Coll,   Po Box 9134,   Needham, MA 02494-9134
13589558*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13589559*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13589562*      +Navy Federal Cr Union,   820 Follin Ln Se,   Vienna, VA 22180-4907
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                   Date Rcvd: Dec 21, 2016
                              Form ID: pdf900            Total Noticed: 33

13589565       ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Maria C Kieffer dmo160west@gmail.com,
               davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA C KIEFFER                                 Chapter 13

                    Debtor                     Bankruptcy No. 15-16306-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
MARIA C KIEFFER

5444 Erdrick Street

Philadelphia, PA 19124-